UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                    Case No. 12-08855
   Tom R Crowell
   Ravonda G Crowell
         Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/07/2012.

2) The plan was confirmed on 06/01/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/25/2014.

5) The case was dismissed on 10/10/2014.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,201.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,010.98 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $10,010.98

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $380.80 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,880.80

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCED DIAGNOSTIC IMAGING | Unsecured | 34.00 | 1,225.33 | 1,225.33 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 550.00 | 424.22 | 424.22 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 1,327.58 | 1,327.58 | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 648.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 533.00 | 2,638.26 | 2,638.26 | 0.00 | 0.00 |
| BELL SOUTH | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| CAROLINA FIRST NEW | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| CAROLINA HEALTH SPECIALISTS | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| CAROLINA RADILOGY ASSOC | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| CHARTER CABLE | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| CITY OF LEBANON UTILITIES | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| CNAC GLENDALE HEIGHTS | Unsecured | NA | 22.23 | 22.23 | 0.00 | 0.00 |
| CNAC GLENDALE HEIGHTS | Secured | 9,621.00 | 9,621.00 | 9,621.00 | 3,791.76 | 771.73 |
| COSTAL ANESTHESIA MED GROUP | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| COSTAL EYE GROUP | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FINANCIAL | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| CUMBERLAND ACCEPTANCE CO | Secured | 1,000.00 | 1,000.00 | 1,000.00 | 870.84 | 67.95 |
| DREYER MEDICAL CLINIC | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| FAC/NAB | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CHARLESTON | Unsecured | 634.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CHARLESTON | Unsecured | 634.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FOX COLLECTION CENTER | Unsecured | 110.00 | 77.40 | 77.40 | 0.00 | 0.00 |
| FOX COLLECTION CENTER | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| GEORGETOWN HOSPITAL SYSTEM | Unsecured | 1,927.00 | NA | NA | 0.00 | 0.00 |
| GEORGETOWN RADIOLOGY | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| GRAND STRAND REGIONAL MED CT | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| HORRY ELECTRIC CORP | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| HUNTERS GLEN APARTMENTS | Unsecured | 1,155.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| INLET MEDICAL ASSOC | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,372.12 | 1,372.12 | 1,372.12 | 298.29 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 376.74 | 376.74 | 376.74 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 857.34 | 857.34 | 0.00 | 0.00 |
| LIBERTY MUTUAL INSURANCE CO | Unsecured | 4,427.00 | NA | NA | 0.00 | 0.00 |
| MIDDLE TENNESSEE EMC | Unsecured | 198.00 | 295.70 | 295.70 | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 1,240.00 | NA | NA | 0.00 | 0.00 |
| NEWAY SARTIP MASLE & CASPER | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGISTS LAB | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 335.00 | 335.13 | 335.13 | 0.00 | 0.00 |
| PROFESSIONAL CREDIT SERVICE | Unsecured | 234.00 | 241.70 | 241.70 | 0.00 | 0.00 |
| PROGRESSIVE FINANCE | Secured | 700.00 | 506.44 | 506.44 | 304.17 | 25.44 |
| PROGRESSIVE INSURANCE | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY ALLIANCE | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MGMT CORP | Unsecured | 576.00 | NA | NA | 0.00 | 0.00 |
| ROY & JANET HORSTMEYER | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| SANTEE COOPER | Unsecured | 94.00 | 93.82 | 93.82 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 282.00 | 420.10 | 420.10 | 0.00 | 0.00 |
| STEPHEN M AIKEN DMO | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| STRAND ORTHO CONSULTANTS | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| SUMMIT MEDICAL CENTER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| SUN LOAN COMPANY | Unsecured | 680.00 | 680.00 | 680.00 | 0.00 | 0.00 |
| SURGICAL ASSOCIATES OF MYRTLE | Unsecured | 1,643.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| TEK COLLECT CORP | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| THE LAW OFFICES OF MIT | Unsecured | 1,305.00 | NA | NA | 0.00 | 0.00 |
| TIME WARNER CABLE | Unsecured | 539.00 | 462.08 | 462.08 | 0.00 | 0.00 |
| TRI COUNTY ELECTRIC | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY MEDICAL CENTER | Unsecured | 3,264.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE GREEN MANAGEMENT | Unsecured | 1,351.00 | NA | NA | 0.00 | 0.00 |
| WACCAMAW COMMUNITY HOSPITA | Unsecured | NA | 1,926.96 | 1,926.96 | 0.00 | 0.00 |
| WOODBURY CLINICAL LAB | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $10,621.00 | $4,662.60 | $839.68 |
|    All Other Secured | $506.44 | $304.17 | $25.44 |
| **TOTAL SECURED:** | **$11,127.44** | **$4,966.77** | **$865.12** |
| **Priority Unsecured Payments**: | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $1,372.12 | $298.29 | $0.00 |
| **TOTAL PRIORITY**: | **$1,372.12** | **$298.29** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$11,404.59** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
|    Expenses of Administration | $3,880.80 |
|    Disbursements to Creditors | $6,130.18 |
| **TOTAL DISBURSEMENTS** : | **$10,010.98** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/14/2015           By: /s/ Glenn Stearns
                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**